47 So.3d 958 (2010)
Alberto PAIROL-RODRIGUEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-2878.
District Court of Appeal of Florida, Third District.
November 17, 2010.
Haley & Associates, P.A. and Ana M. Jhones, for appellant.
Bill McCollum, Attorney General, and Forrest L. Andrews, Jr., Assistant Attorney General, for appellee.
Before CORTIÑAS and ROTHENBERG, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See State v. Triana, 979 So.2d 1039 (Fla. 3d DCA 2008); Luna-Martinez v. State, 984 So.2d 592 (Fla. 2d DCA 2008); Wilson v. State, 952 So.2d 564 (Fla. 5th DCA 2007); State v. Swank, 399 So.2d 510 (Fla. 4th DCA 1981). Cf. State v. Ojeda, ___ So.3d ___ (Fla. 3d DCA 2010).